UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GOOD PUPPY / GOOD DOG LLC., d/b/a Camp Good Puppy, a Washington LLC<br><br>Plaintiff,<br><br>v.<br><br>GOODMAN MANUFACTURING COMPANY L.P., a foreign Partnership<br><br>Defendant. | NO. C10-5041RJB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

### **STIPULATION**

IT IS HEREBY STIPULATED by counsel for both Plaintiff and Defendant that all claims in this action have been settled and the case shall be dismissed with prejudice and without costs.

/ /

/

STIPULATION AND ORDER FOR DISMISSAL - 1

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA 98101-3225*
*Tel: (206) 326-4217*
*Fax: (206) 326-4220*

DATED THIS 24th day of May, 2010

          LAW OFFICE OF KENNETH SCEARCE

          <u>s/Edward F. St.Onge</u>
          EDWARD F. ST.ONGE, WSBA# 25240
          Counsel for Plaintiff

DATED THIS 24th day of May, 2010

          CORR CRONIN MICHELSON
          BAUMGARDNER & PREECE LLP

          <u>s/(per email authorization)</u>
          William R. Squires III, WSBA # 4979
          Margaret Pak, WSBA #38982
          Counsel for Defendant

<u>ORDER OF DISMISSAL</u>

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 24th day of May, 2010

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL - 2

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA 98101-3225*
*Tel: (206) 326-4217*
*Fax: (206) 326-4220*

1  Presented by:

2  THE LAW OFFICE OF KENNETH SCEARCE

3

4  By: _____
       Edward F. St.Onge, WSBA #25240
5      Counsel for Plaintiff

6  Approved as to form, notice of
   presentation waived:
7

8  CORR CRONIN MICHELSON
   BAUMGARDNER & PREECE LLP
9

10
   By: _____
11     William R. Squires III, WSBA # 4979
       Margaret Pak, WSBA #38982
12     Of Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATION AND ORDER FOR DISMISSAL - 3

*Law Offices of Kenneth R. Scearce*
*420 Century Square*
*1501 Fourth Avenue*
*Seattle, WA  98101-3225*
*Tel:  (206) 326-4217*
*Fax:  (206) 326-4220*